```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

                         Plaintiff,

-against-

ACACIA NETWORK, INC, et al.,

                         Defendants.

**ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

23-CV-7834 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      Plaintiff filed a letter seeking an adjournment of the September 10, 2024 Initial Case Management Conference. (ECF No. 25.) However, the Conference has already been rescheduled to **October 29, 2024, at 12:00 PM**. The parties shall call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25 and to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
       September 26, 2024

                              **SO ORDERED.**

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge