

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 24, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/25/2024
```

**MEMO ENDORSED**

<u>VIA ECF</u>
Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York

      Re:   *Jimmy Avila v. Acacia Network, Inc. and Trevor Griffiths*
             <u>1:23-cv-10260-PAE-KHP / 1:23-cv-07834-PAE-KHP</u>

Dear Magistrate Judge Parker:

     We represent Defendant Acacia Network, Inc. ("Acacia" or "Defendant") in this action. We write, pursuant to Your Honor's Individual Practices in Civil Cases, Rule I(c), to request an adjournment of the telephonic initial case management conference scheduled for Tuesday, October 29, 2024, at 12:00 p.m. until after Defendant's pending Motion to Dismiss is decided.

     Alternatively, if the Court is not amenable to an adjournment of the case management conference until after a decision on the Motion to Dismiss, Defendant respectfully requests a brief adjournment of the initial case management conference because the undersigned will be traveling out of the country from October 29 to November 5. The undersigned is available November 6, 2024, or November 8, 2024, for the rescheduled conference.

     This is Defendant's first request of this nature. We thank the Court for its consideration of this request.

                                                           Respectfully Submitted,

                                                          */s/Lindsey Blackwell*
                                                          Lindsey Blackwell

October 24, 2024
Page 2

One Battery Park Plaza, 28th Floor
New York, New York 10004
lblackwell@grsm.com

*Attorneys for Defendant Acacia Network, Inc.*


CC:     Plaintiff *via* ECF


**APPLICATION GRANTED:** The telephonic Initial Case Management Conference scheduled for October 29, 2024 at 12:00 PM is hereby rescheduled to <u>Wednesday, November 6, 2024 at 12:30 p.m.</u> The parties shall call Judge Parker's AT&T conference line at the scheduled time. <u>Please dial (866) 434-5269; access code 4858267. Defendants are directed to notify the pro se plaintiff with regard to the rescheduling of this conference.</u>
<u>The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

10/25/2024