```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

                              Plaintiff,

-against-

ACACIA NETWORK and TREVOR GRIFFITHS,

                              Defendants.

**POST-CONFERENCE ORDER**

**23-CV-7834 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the Initial Case Management Conference on November 6, 2024:

Defendants are reminded that all filings must be mailed to Plaintiff and proof of service must be filed on the docket.

By **Wednesday, November 20, 2024**, ACACIA Network ("ACACIA") shall file an affidavit stating whether Trevor Griffiths is still an employee of ACACIA, and if he is not, stating the last day of his employment. ACACIA shall also serve that affidavit on Plaintiff via both mail and email at HIGHSECURITY123@GMAIL.COM. By **Monday, January 6, 2025,** Plaintiff shall file with the Court proof of service of the complaint on Griffiths.

In addition, by **Thursday, November 7, 2024**, ACACIA shall email to Plaintiff via the email address above a copy of its motion to dismiss papers. By **Friday, November 8, 2024**, ACACIA shall drop off a copy of its motion to dismiss papers in an envelope containing Plaintiff's name at the Court's Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007. Plaintiff shall pick up that envelope on **Tuesday, November 12, 2024** by going to the Pro Se Intake Unit and having the unit call Chambers.

Finally, Plaintiff's opposition to ACACIA's motion to dismiss is due **Friday, December 20, 2024** and ACACIA's reply is due **Friday, January 10, 2025.** Discovery is stayed pending the resolution of the motion to dismiss.

**The Clerk of Court is directed to mail a copy of this order to Plaintiff. The Court will also email a copy of this Order to Plaintiff.**

Dated: New York, New York
       November 7, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge