UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY AVILA,

                    Plaintiff,                        23 **CIVIL** 7834 (PAE)
                                                             23 **CIVIL** 10260 (PAE)

     -against-

                                                        **JUDGMENT**

ACACIA NETWORK, INC.. *et al.*,

                    Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2025, the Court adopts the Reports in full and dismisses both suits. The Court grants Avila leave to amend insofar as he has not yet had such an opportunity. See Shomo v. City of New York, 579 F.3d 176, 183 (2d Cir. 2009) (counseling against dismissal of pro se complaint without leave to amend "at least once" where "a valid claim might be stated" (citation omitted)). The Court separately grants defendants' request for a filing injunction barring Avila from filing civil actions in this District against ACACIA or any of its affiliates without obtaining prior leave of Court.

**Dated:** New York, New York

     August 6, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**