UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA, ET AL.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>DANISHA DAVIS, ET AL.,<br><br>                    Defendants. | 25-CV-3316 (PAE) (KHP) |
| JIMMY AVILA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ACACIA Network, et al.,<br><br>                    Defendants. | 23-CV-10260 (PAE) (KHP)<br><br>23-CV-7834 (PAE) (KHP)<br><br>ORDER |

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Attorney General's letter in Case No. 25-cv-3316, attaching a news article which suggests *pro se* Plaintiff Jimmy Avila has passed away while incarcerated for allegedly committing murder. (ECF No. 94.)  First, the Court expresses its sympathies to the families of the deceased.

Regarding the conference scheduled for September 15, 2025, that conference is hereby adjourned.  The parties shall follow procedures under Federal Rule of Civil Procedure 25 including filing a suggestion of death.  Given Mr. Avila filed amended complaints in the two dismissed actions (No. 23-cv-10260 and 23-cv-7834), the procedures should be followed for each case.  In No. 25-cv-3316, the Attorney General shall make an appropriate filing no later than **September 15, 2025**.  In Nos. 23-cv-10260 and 23-cv-7834, common defendant ACACIA Network shall make an appropriate filing by **September 15, 2025**.

Further, all parties in each case shall file a letter stating their positions regarding whether any of Mr. Avila's claims survive his death.  The letters may also address issues regarding an appropriate substitute plaintiff, should any of Mr. Avila's claims survive.  These letters shall be due **September 30, 2025.**

The 25-cv-3316 case and all deadlines therein are otherwise stayed until further order of the Court.

**SO ORDERED.**

Dated:    September 8, 2025
          New York, New York

_____
              KATHARINE PARKER
         United States Magistrate Judge