UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> DANISHA DAVIS, ET AL., <br><br> Defendants. | 25-CV-3316 (PAE) (KHP) |
| JIMMY AVILA, <br><br> Plaintiff, <br><br> -against- <br><br> ACACIA Network, et al., <br><br> Defendants. | 23-CV-10260 (PAE) (KHP) <br><br> 23-CV-7834 (PAE) (KHP) <br><br> ORDER |

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of a series of letters in the above-captioned actions regarding the parties' views on surviving claims in this action. (No. 25-cv-3316, ECF Nos. 101, 104-09; No. 23-cv-7834, ECF No. 63; No. 23-cv-10260, ECF Nos. 76-77, 80.) In view of these letters, the Court hereby lifts the stay in action No. 25-cv-3316. Further, the Court orders that Defendant Basics (in No. 25-cv-3316) and Defendant Acacia Network (in Nos. 23-cv-7834 and 23-cv-10260) shall serve Mr. Jonathan Rubin with the Suggestion of Death filed in the relevant actions at the address listed in the Second Amended Complaint (588 West End Avenue, New York, NY 10024), with a courtesy copy sent by email to his email address, by **October 10, 2025**. The parties should note that Mr. Rubin is a party in the No. 25-cv-3316 action and a non-party in the others.

The Clerk is respectfully directed to terminate the stay of No. 25-cv-3316 and restore it to the active docket.

**SO ORDERED.**

Dated:   October 6, 2025
         New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge