UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JIMMY AVILA, *et al.*, | | |
| | Plaintiffs, | 25 Civ. 3316 (PAE) (KHP) |
| -v- | | |
| DANISHA DAVIS, *et al.*, | | |
| | Defendants. | |
| JIMMY AVILA, | | |
| | Plaintiff, | 23 Civ. 10260 (PAE) (KHP) |
| -v- | | 23 Civ. 7834 (PAE) (KHP) |
| ACACIA NETWORK, *et al.*, | | |
| | | ORDER |
| | Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On September 12, 2025, defendants, pursuant to Federal Rule of Civil

Procedure 25(a)(1), filed suggestions of death upon the record as to Jimmy Avila in each of

above-captioned cases, where Avila is plaintiff (the "Avila cases").  No. 25 Civ. 3316, Dkt. 97;

No. 23 Civ. 10260, Dkt. 75; No. 23 Civ. 7834, Dkt. 60.  On September 22, 2025, the suggestions

of death were served by mail on Avila's last known address.  No. 25 Civ. 3316, Dkt. 114.  On

October 7, 2025, they were served on Avila's former guardian, Jonathan Rubin, via email and

mail.  *Id.*

Defendants in the Avila cases now move for dismissal of all claims because the time for

any party, or Avila's successor or representative, to move for substitution under Rule 25(a)(1)

has expired.  No. 25 Civ. 3316, Dkt. 114; No. 23 Civ. 7834, Dkt. 66.  The Court grants those

motions.  Because more than 90 days has passed since service of a statement noting Avila's

death, the "action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

Accordingly, the Clerk of Court is respectfully directed to close the above-captioned

cases (Nos. 25 Civ. 3316, 23 Civ. 10260, 23 Civ. 7834), and terminate all pending motions

therein.  The Court expresses its sincere condolences to the family of the deceased.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2026
       New York, New York